**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2176**

_____

KANDANCE A. WELLS,

        Plaintiff - Appellant,

    v.

STATE OF WEST VIRGINIA, c/o West Virginia State Attorney General,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:22-cv-00323)

_____

Submitted:  January 17, 2023                  Decided:  January 19, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kandance A. Wells, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Kandance A. Wells appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Wells' civil complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wells v. West Virginia*, No. 2:22-cv-00323 (S.D.W. Va. filed Oct. 25, 2022 & entered Oct. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*